# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32823 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Dylan J. Thompson** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 31 October 2025, Appellant submitted a motion to withdraw from appellate review and attached a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 30 October 2025, and by Appellant's counsel on 31October 2025.

The Government did not submit any opposition.

Accordingly, it is by the court on this 6th day of November, 2025,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach, dated 29 October 2025, is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court